IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| CRYSTAL CAMPBELL,<br><br>        Plaintiff,<br><br>v.<br><br>MAYO COLLABORATIVE SERVICES, LLC,<br><br>        Defendant. | Civil Action No. 3:21-cv-00053-TCB-RGV |

## **PLAINTIFF'S NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Crystal Campbell appeals to the United States Court of Appeals for the Eleventh Circuit from this Court's order granting Defendant's Motion for Summary Judgment (ECF No. 64), entered on February 16, 2023, and the entry of final judgment for Defendant on February 16, 2023 (ECF No. 65).

Respectfully submitted this 20th day of March, 2023.

        By:   */s/ Thomas J. Mew*
                  Thomas J. Mew
                  GA Bar No. 503447
                  tmew@bbwmlaw.com
                  Joseph Quattlebaum
                  GA Bar No. 319971
                  jquattlebaum@bbwmlaw.com
                  *Counsel for Plaintiff*

**BUCKEY BALA WILSON MEW, LLP**
600 Peachtree Street NE
Suite 3900
Atlanta, Georgia 30308
Telephone: (404) 781-1100
Facsimile: (404) 781-1101
*Counsel for Plaintiff*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing has been prepared in compliance with Local Rule 5.1(C) in 14-point Times New Roman type face.

This 20th day of March 2023.

                         */s/ Thomas J. Mew*
                         Thomas J. Mew
                         GA Bar No. 503447

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| CRYSTAL CAMPBELL,<br><br>    Plaintiff,<br><br>v.<br><br>MAYO COLLABORATIVE SERVICES, LLC,<br><br>    Defendant. | Civil Action No. 3:21-cv-00053-TCB-RGV |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of March 2023, I filed a true and correct copy of the within and foregoing NOTICE OF APPEAL with the Clerk of Court using the CM/ECF system, that will automatically send e-mail notification of such filing to all Counsel of Record.

*/s/ Thomas J. Mew*
Thomas J. Mew
GA Bar No. 503447