# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-10966

_____

CRYSTAL CAMPBELL,

                              Plaintiff-Appellant,

*versus*

MAYO CLINIC INC.,

                              Defendant,

MAYO COLLABORATIVE SERVICES LLC.,

                              Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 3:21-cv-00053-TCB

Case 3:21-cv-00053-TCB   Document 75   Filed 03/21/24   Page 2 of 3
USCA11 Case: 23-10966   Document: 33-2   Date Filed: 03/21/2024   Page: 2 of 2

2                                                                 23-10966

_____

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: February 21, 2024

For the Court: DAVID J. SMITH, Clerk of Court

ISSUED AS MANDATE: March 21, 2024

### UNITED STATES COURT OF APPEALS
### FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 21, 2024

Clerk - Northern District of Georgia
U.S. District Court
18 GREENVILLE ST
NEWNAN, GA 30264

Appeal Number: 23-10966-B
Case Style: Crystal Campbell v. Mayo Collaborative Services LLC.
District Court Docket No: 3:21-cv-00053-TCB

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

MDT-1 Letter Issuing Mandate